**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



*ORIGINAL*

Time in Court: _____ Hrs __10__ Min

Filed in Open Court:   Date: __4/18/12__   Time: __9:30 AM__   Tape: __FTR GOLD__

Magistrate (presiding): __JANET F. KING__   Deputy Clerk: __Lavonia Wade-Childs__

Case Number: __1:12-CR-116__   Defendant's Name: __JHON MORENO__
AUSA: __TULANI WASHINGTON__   Defendant's Attorney: __STEVEN SADOW__
USPO/PTR: _____   Type Counsel: ( **X** ) Retained  ( ) CJA  ( ) FPD  ( ) Waived

____ ARREST DATE: _____
____ INTERPRETER: _____
____ INITIAL APPEARANCE HEARING. ( ) In THIS DISTRICT    Dft in custody? ( ) Yes    ( ) No
____ Defendant advised of right to counsel.    ( ) WAIVER OF COUNSEL filed.
____ ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY.
____ ORDER appointing _____ as counsel.
____ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)
____ Dft to pay attorney fees as follows: _____
____ INFORMATION/COMPLAINT filed.    ____ WAIVER OF INDICTMENT filed.
**X** Copy indictment/information given to dft? ( **X** ) Yes    ( ) No    Read to dft? ( ) Yes    ( ) No    ( ) Prior to Hrg
____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
**X** ARRAIGNMENT HELD.   ( ) Superseding indictment / information    ( ) Dft's WAIVER of appearance filed.
____ Arraignment continued to _____ at _____   Request of ( ) Govt    ( ) Dft
____ Dft failed to appear for arraignment.    Bench warrant issued
**X** Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute, NOT GUILTY plea entered. ( ) Waiver of appearance form.)
____ MOTION TO CHANGE PLEA, and order allowing same.
**X** ASSIGNED TO JUDGE __TOTENBERG__ for ( **X** ) trial    ( ) arraignment/sentence.
**X** ASSIGNED TO MAGISTRATE __KING__ for pretrial proceedings.
**X** Estimated trial time: ____ days.    ( **X** ) SHORT    ( ) MEDIUM    ( ) LONG
____ PRE-SENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued
____ until _____ at _____ for sentencing.

U.S. Department of Justice
United States Attorney
Northern District of Georgia

# P L E A (With Counsel)


ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. 1:12-CR-116

I, Jhon Moreno, defendant, having received a copy of the within INDICTMENT, and having been arraigned plead Not Guilty thereto to count(s) One, Two, Three, Four, Five, Six, Seven Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, Nineteen, Twenty and Twenty One thereof.

In Open Court this 18th day of April, 2012.

_____
SIGNATURE (Attorney for Defendant)
~~Mildred Dunn, Esq.~~
Steven H. Sadow

_____
SIGNATURE (Defendant)
JHON MORENO

INFORMATION BELOW MUST BE TYPED OR PRINTED

~~Mildred Dunn, Esq.~~ Steven H. Sadow
NAME (Attorney for Defendant)

Jhon Moreno
NAME (Defendant)

260 Peachtree Street, N.W.
~~101 Marietta Street, Suite 1500~~
STREET

JAIL
STREET

Atlanta, GA 30303
CITY & STATE   ZIP CODE

_____
CITY & STATE   ZIP CODE

PHONE NUMBER 404-688-7530

PHONE NUMBER _____

STATE BAR OF GEORGIA NUMBER 622075

Filed in Open Court

April 18, 2012

By Ravenia Wade-Childs

Form No. USA-40-19-B
(Rev. 7/12/82)
N.D. Ga. 11/2/93