Case 1:12-cr-00116-AT-JFK   Document 36   Filed 05/09/12   Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:12-cr-00116-AT-JFK
## USA v. Moreno et al
## Honorable Janet F. King

Minute Sheet for proceedings held In Open Court on 05/09/2012.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 10:45 A.M.     COURT REPORTER: FTR
TIME IN COURT: 00:15                 DEPUTY CLERK: Lavonia Wade-Childs
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Jhon Moreno NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephanie Gabay-Smith representing USA<br>Steven Sadow representing Jhon Moreno |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| PRETRIAL CONFERENCE INFO: | Rule 16(PTO ¶¶ II.B./IV.A.-Defendant) Provided<br>Rule 12(b)(4) (PTO ¶¶ II.B./IV.B.-Defendant) Provided<br>Rule 404(b)(PTO ¶IV.C.-Defendant) Will Be Provided |
| MINUTE TEXT: | Discovery issues stated on the record. |